IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD NALLS
ADC #106516                                                          PETITIONER

v.                              No. 5:15-cv-193-DPM-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                        RESPONDENT

ORDER

The Clerk received Nalls's $5.00 filing fee on 10 August 2015. № 7. And

Nalls was diligent in trying to pay it on time. № 10. The recommendation,

№ 6, is therefore declined. FED. R. CIV. P. 72(b)(3). Nalls's motion for more

time to file objections, № 9, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_31 August 2015_