IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD NALLS
ADC #106516                                                    PETITIONER

v.                            No. 5:15-cv-193-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

## JUDGMENT

Nalls's petition is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2017